L46

05-0259M-01

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No._____

Vs.

KELVIN MARTE

_____(Defendant)

SP  
TOT # 1242-05

P.D.I.D. No. 573-395

**FILED**

MAY - 9 2005

NANCY MAYER-WHITTINGTON, CLERK  
U.S. DISTRICT COURT

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __MAY 9TH, 2005__.

### COMMITMENT/RELEASE

☒ NO BOND  
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

**DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:**

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME: __KELVIN MARTE__

Address:_____

_____ Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: __MAY 7TH, 2005__          _____  
                                  JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03