# United States District Court  FILED

FOR THE _____ DISTRICT OF _____ COLUMBIA          MAY 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Kelvin Marte*
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 05-259M-01

Upon motion of the ____ UNITED STATES GOVERNMENT ____, it is ORDERED that a detention hearing is set for __5-13-05__ * at __9:30 AM__
                                                    Date                            Time

before _____ MAGISTRATE JUDGE ALAN KAY _____
                        Name of Judicial Officer

__United States District Court for the District of Columbia__
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                        Other Custodial Official

Date: __5-9-05__                                          _____
                                                          Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.