**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-259M (1) |
| *v.* : | |
| : | |
| KELVIN MARTE : | |

_____

## DEFENDANT'S NOTICE OF FILING

Defendant Kelvin Marte ("Marte"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
     May 17, 2005                    Respectfully submitted,

                                     **LAW OFFICE OF A. EDUARDO BALAREZO**


                           By:  _____
                                A. Eduardo Balarezo (Bar # 462659)
                                400 Fifth Street, NW
                                Suite 300
                                Washington, DC  20001

                                *Attorney for Defendant Kelvin Marte*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, I caused a true and correct copy of the foregoing Defendant's Notice of Filing to be delivered to:

Assigned Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

_____
A. Eduardo Balarezo