# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0214 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **KELVIN MARTE, et al.,** | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Special Assistant United States Attorney Bryan Roslund, at telephone number 202-514-4922 and/or email address Bryan.Roslund@usdoj.gov. Special Assistant United States Attorney Roslund will substitute for former Special Assistant United States Attorney Carlos F. Acosta as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Bryan Roslund
Special Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW,  Room 4108
Washington, DC 20530
202-514-4922