UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-214 (RJL) |
| | : | |
| v. | : | |
| | : | |
| KELVIN MARTE, et al., | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Edward O'Connell, at telephone number 202-514-6997 and/or email address EOConnell@usa.doj.gov. Assistant United States Attorney O'Connell will substitute for former Special Assistant United States Attorney Bryan D. Roslund as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____
Edward O'Connell
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW, Room 4122
Washington, DC 20530
202-514-6997

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing notice has served via electronic filing upon counsel for the defendant, Kelvin Marte, Eduardo Balarezo and defendant Collado Rodriguez, Elita Amato, Esquire, on this  4th  day of January, 2007.

_____
Edward O'Connell
Assistant United States Attorney