CR 05-214

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: __FEB. 29, 2008__

CLERK,
UNITED STATES DISTRICT COURT
　　　　THE DISTRICT OF COLUMBIA
E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.   20001-2802

**FILED**

MAR 1 2 2008

Clerk, U.S. District and Bankruptcy Courts

CR 05-214

RE: USA - V - __KELVIN MARTE__

SDNY MAG. DOCKET # __08 MAG. 373__

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(xxxxx) 1. DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(     ) 2. DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT.  BOND ENCLOSED.

(     ) 3. PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

(     ) 4. COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3)
DOCUMENTS ON COPY OF THIS LETTER.

BY _____
　　　　　DEPUTY CLERK

GILBERT QUAN

08 MAG 0575

ORIGINAL

Approved: _____
JEFF ALBERTS
Assistant United States Attorney

Before:     HONORABLE THEODORE H. KATZ
            United States Magistrate Judge
            Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    RULE 5(c)(3)
                                        AFFIDAVIT
       -v.-                        :
                                        08 Mag.
KELVIN MARTE,                      :

            Defendant.             :

- - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

     BART OBUCHOWSKI, being duly sworn, deposes and says that he is a Deputy United States Marshal, and charges as follows:

     On or about July 19, 2006, the United States District Court for the District of Columbia issued a warrant for the arrest of "Kelvin Marte" based upon a court order.  A copy of the arrest warrant and a copy of the indictment are attached hereto, and are incorporated by reference herein.

     I believe that KELVIN MARTE, the defendant, who was arrested today by the United States Marshal's Service, in the Southern District of New York, is the same individual as the "Kelvin Marte" who is wanted in the District of Columbia.

     The bases for my knowledge and for the foregoing charge are, in part, as follows:

     1.  I am a Deputy United States Marshal with the United States Marshal Service, and, since February 25, 2008, I have been involved with the investigation of "Kelvin Marte," who is the subject of an arrest warrant issued in the District of Columbia.  Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to KELVIN MARTE, the defendant.  Where I

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.

report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my conversations with other law enforcement officials and my review of the arrest warrant issued in the District of Columbia, I learned that on or about July 19, 2006, an arrest warrant was issued in the District of Columbia for "Kelvin Marte" based upon an order of the court.

3. On February 26, 2008, I went to a residence in the Bronx, New York and knocked on the door. The door was opened, and I observed KELVIN MARTE, the defendant. I observed that MARTE appeared to be the same individual as depicted in a photograph in my possession that was taken of "Kelvin Marte" by law enforcement after his arrest in the District of Columbia. Shortly thereafter, I asked MARTE his name, and he responded "Kelvin Marte." I asked him his date of birth, and he responded " " which is the date of birth listed for "Kelvin Marte" on the arrest warrant. I asked him if he had had a case in "D.C." He responded, "Yes." Shortly thereafter, I arrested MARTE.

WHEREFORE, deponent respectfully requests that KELVIN MARTE, the defendant, be removed to the District of Columbia.

_____
BART OBUCHOWSKI
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
26th Day of February 2008

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES   MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Kelvin MARTE<br><br>DOB: 8/22/86    PDID# 573-395 | DOCKET NO. 05-214 | MAGIS. NO. 05-259-AK |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>191 BROOME STREET<br>NEWARK, NEW JERSEY 07103 | |

| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court   ☐ Information<br>☐ Indictment   ☐ Complaint | DISTRICT OF ARREST | |
|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

DEFENDANT'S CONDITIONS OF RELEASE REVOKED

UNLAWFUL DISTRIBUTION OF 500 GRAMS OR MORE OF COCAINE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION. 21 USC 841(a)(1) AND 841(b)(1)(B)(ii) | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY | JUDGE/MAGISTRATE JUDGE<br><br>RICHARD J. LEON | DATE ISSUED:<br>7/19/06 |
| CLERK OF COURT<br><br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br><br>*Wayne A. Buswell*<br>(RETURN) | DATE:<br>7/19/06 |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : : | MAGISTRATE NO. 05-0259M-01 (CR)<br>MAGISTRATE NO. 05-0259M-02 (CR) |
| KELVIN MARTE,<br>COLLADO RODRIGUEZ,<br>Defendants. | : : : : : : : : : | VIOLATIONS: 21 U.S.C. §841(a)(1)<br>and §841(b)(1)(B)(i)<br>(Unlawful Distribution of 100 Grams or More of Heroin);<br>21 U.S.C. §841(a)(1) and 841(b)(1)(B)(ii)<br>(Unlawful Distribution of 500 Grams or More of Cocaine);<br>18 U.S.C. §2<br>(Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 20, 2005, within the District of Columbia, KELVIN MARTE and COLLADO RODRIGUEZ, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 100 grams or more.

(Unlawful Distribution of 100 Grams or More of Heroin and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(i) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about May 6, 2005, within the District of Columbia, KELVIN MARTE and COLLADO RODRIGUEZ, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

>   (Unlawful Distribution of 500 Grams or More of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.

I H-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
:
UNITED STATES OF AMERICA :  ORDER APPOINTING COUNSEL
:  (Federal Defenders of New York, Inc.)
– v – :
Melvin Marte :  Docket # 08 MAG. 373
_____ :
Defendant :
:
------------------------------------------------ x



    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one)   __✓__   all proceedings

          _____   bail/presentiment only

          _____   other (specify)   Steve Statsinger

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date  2/26/08                    /s/ Theodore H. Katz
                                Signature of U.S. Judge or Magistrate Judge
                                or by order of the Court:

                                _____
                                Clerk or Deputy

TO:   J. MICHAEL McMAHON, CLERK
      United States District Court
      Southern District of New York

      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, New York  10007

FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office (Attn: C.J.A. Clerk)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- v -

Kelvin Marte

_____

(Please PRINT clearly)

------------------------------X

NOTICE OF APPEARANCE

DOCKET # 08 Mag 373

*U.S. DISTRICT COURT FILED FEB 26 2008 S.D. OF N.Y.*

TO:   J. MICHAEL MCMAHON, CLERK.

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)
1. [  ] CJA    2. [  ] RETAINED    3. [X] LEGAL AID

ADMITTED TO PRACTICE IN THIS COURT [  ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MONTH August YEAR 1770

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATION OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       2/26/08

SIGNATURE _____

PLEASE PRINT THE FOLLOWING INFORMATION CLEARLY

Steven M. Statsinger
ATTORNEY FOR DEFENDANT

Federal Defenders Services Unit
FIRM NAME IF ANY

52 Duane Street - 10th Floor
STREET ADDRESS

NY              NY              10007
CITY            STATE           ZIP

(212) 417-8736
TELEPHONE

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK

## DISPOSITION SHEET

JEFF ALBERTS
AUSA

DATE OF ARREST 2/26/08  ☐ VOL. SURRENDER
TIME OF ARREST 6:30 AM  ☑ ON WRIT

MAGISTRATE'S
DOCKET NUMBER  08 MAG 373

TIME OF PRESENTMENT 4:50 P.M.

Rept waived

PROCEEDING:  ☐ Rule 5   ☐ Rule 9   ☐ Rule 40   ☐ Detention Hearing   ☑ Other: R5(c)(3)

☑ INTERPRETER NEEDED   LANGUAGE: SPANISH

DEFENDANT'S NAME: MELVIN MANTE
COUNSEL'S NAME: STEVEN STATSINGER   ☐ RETAINED   ☑ LEGAL AID   ☐ CJA

### BAIL DISPOSITION

☑ DETENTION ☑ ON CONSENT W/O PREJUDICE  ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☐ AGREED BAIL PACKAGE
☐ $ _____ PRB
☐ _____ FRP
☐ $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL  ☐ STRICT PRETRIAL  ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:
   _____
   REMAINING CONDITIONS TO BE MET BY _____
☐ OTHER:

Deft. to be removed to D.C.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

FOR RULE 40 CASES:
☑ ID HEARING WAIVED          ☐ PRELIMINARY HEARING WAIVED
☑ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING  Ctrl Date - 3/11/08  ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE 2/26/08

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern        District of        New York

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

KELVIN MARTE

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| S.D.N.Y. | DIST. OF COLUMBIA | 08 Mag. 373 | 05-0259M-01 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §   841(a)(1) & 846

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Unlawful Distribution of 500 Grams or more of cocaine

*[Stamp: U.S. DISTRICT COURT FILED FEB 28 2008 S.D. OF N.Y.]*

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
X  Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel    x  Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**   ☐ No    X  Yes    Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 28, 2008            _____
Date                          United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

A TRUE COPY
~~UNITED STATES MAGISTRATE~~
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:08-mj-00373-UA-1
# Internal Use Only

Case title: USA v. Marte                     Date Filed: 02/26/2008

Assigned to: Judge Unassigned

**Defendant (1)**

**Kelvin Marte**    represented by **Steven M Statsinger**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
212-417-8700
Fax: 212-571-0392
Email: steve_statsinger@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 21:841:CONTROLLED SUBSTANCE - SELL,DISTRIBUTE, OR DISPENSE. | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Jeffrey Alberts**<br>Office of The U. S. Attorney<br>One St. Andrews Plaza<br>New York, NY 10007q<br>(212) 637-1038<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Columbia) of Bart Obuchowski, Deputy United States Marshal, U.S. Marshals Service, as to Kelvin Marte. (Signed by Judge Magistrate Judge Theodore H. Katz on 2/26/08) (gq) (Entered: 02/29/2008) |
| 02/26/2008 | | Arrest (Rule 5(c)(3)) of Kelvin Marte. (gq) (Entered: 02/29/2008) |
| 02/26/2008 | 2 | CJA 23 Financial Affidavit by Kelvin Marte. Appointed Steve Statsinger. (Signed by Judge Magistrate Judge Theodore H. Katz) (gq) (Entered: 02/29/2008) |
| 02/26/2008 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kelvin Marte. Steven M Statsinger for Kelvin Marte appointed. (Signed by Magistrate Judge Theodore H. Katz on 2/26/2008)(gq) (Entered: 02/29/2008) |
| 02/26/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Steven M Statsinger appearing for Kelvin Marte. (gq) (Entered: 02/29/2008) |