UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA
                Plaintiff

-v.-

                                       NOTICE OF APPEARANCE

KELVIN MARTE
                Defendant        CRIM. NO.: 1:05-cr-00214-RJL-1

_____

SIRS:

     YOUR ARE HEREBY NOTIFIED THAT I APPEAR FOR KELVIN MARTE, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

                                         Respectfully Submitted,

                                         GENESIS A. PEDUTO /s/
                                         Attorney for Defendant
                                         8512 Kennedy Boulevard
                                         North Bergen, NJ 07047
                                         Tel. (201) 868-2240
                                         Fax. (201) 868-2292
                                         E-Mail: Legalgpedutoesq@aol.com

Dated: 03-19-2008