**GENESIS A PEDUTO, ESQ**
**LAW OFFICE OF GENESIS A. PEDUTO**
Admitted NJ & NY Bars

| | |
|---|---|
| 8512 Kennedy Boulevard | Telephone (201) 868-2240 |
| Suite One | Facsimile  (201) 868-2292 |
| North Bergen, NJ 07047 | Cellular    (201) 923-9931 |
| | Legalgpedutoesq@aol.com |
| | Pedutolawfirm@aol.com(AOL user) |

June 12th 2008

*Filed via ECF*

Honorable Richard J. Leon, U.S.D.J
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:   USA vs. Kelvin Marte**
      **Criminal Docket No.: 1:05-cr-00214-RJL-1**
      **Defendant's Request for Adjournment**

Dear Judge Leon:

      This matter is scheduled for Sentencing on June 19th 2008 at 11:00 am.  Please note that due to a family emergency I would be out of the country.  With consent from, Assistant United States Attorney, Frederic P. Gallun, I am respectfully requesting that this hearing be adjourn and rescheduled.  Also, I am asking the Court for an extension to file a Sentencing Memorandum in this matter.  The following dates are good for the government:  July 8th 2008 and July 9th 2008.

      Thanking the Court in advance for your attention and consideration in this matter.

      Respectfully,

      Genesis A. Peduto, Esq. /S/

GAP: cc
**cc:   Frederic P. Gallun, AUSA**